1  BENJAMIN B. WAGNER
   United States Attorney
2  NIRAV K. DESAI
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2716
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,            CASE NO.  2:12-CR-00317 LKK

12                   Plaintiff,          ORDER EXCLUDING TIME PERIODS UNDER
                                         SPEEDY TRIAL ACT
13           v.

14  FERMIN GARCIA-PERALTA,
      aka Mario Martinez Barbosa,
15    aka Martin Garcia,
      aka Fermin Garcia,
16
                     Defendant.
17

18

19       The parties appeared before the undersigned for a status conference on July 23, 2013, and the

20  defendant requested that the matter be continued to August 6, 2013, for a status conference and possible

21  change of plea and request for sentencing.  The defendant's counsel represented that she requires more

22  time to review case materials and a proposed plea agreement with her client, the deadline for which was

23  recently extended for two weeks.  Additionally, defendant's counsel represented that she requires time to

24  file, and have resolved, a proposed substitution of counsel so that she may retain this case as she

25  transitions from the Federal Defender's Office to panel counsel in private practice.  On the basis of

26  counsel's representations and good cause appearing therefrom, the Court hereby finds that the failure to

27  grant a continuance in this case would deny defendant reasonable time necessary for effective

28  preparation taking into account the exercise of due diligence, and would further deprive him of the

1  continuity of counsel.  The Court finds that the ends of justice to be served by granting a continuance

2  outweigh the best interests of the public and the defendant in a speedy trial.

3        Accordingly, IT IS HEREBY ORDERED that time from the July 23, 2013 status conference to

4  and including the August 6, 2013 status conference and possible change of plea proceeding shall be

5  excluded from computation of time within which the trial of this matter must be commenced under the

6  Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, to allow defense

7  counsel time to prepare and file and resolve a proposed substitution of counsel.

8

9  DATED: July 23, 2013

10                                 LAWRENCE K. KARLTON

11  Respectfully submitted,                SENIOR JUDGE
                                      UNITED STATES DISTRICT COURT

12  BENJAMIN B. WAGNER
United States Attorney

13

14  /s/ Nirav K. Desai
NIRAV K. DESAI

15  Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28