HEATHER WILLIAMS, Bar #122664
Federal Defender
COURTNEY FEIN, #244785
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorneys for Defendant
FERMIN GARCIA PERALTA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 12-CR-317 LKK |
| Plaintiff, ) | **ORDER RE SUBSTITUTION OF ATTORNEY** |
| v. ) | |
| FERMIN GARCIA PERALTA, ) | |
| Defendant. ) | |
| _____ ) | |

It is respectfully requested that Assistant Federal Defender COURTNEY FEIN and the Office of the Federal Defender be relieved as attorney of record in the above captioned case and that COURTNEY FEIN, Attorney at Law, P.O. Box 191552,  Sacramento, California, 95819; telephone number (916) 382-4792, be substituted in as appointed counsel for Mr. Garcia Peralta.

Dated:  July 23, 2013                              Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

/s/ *Courtney Fein*
COURTNEY FEIN
Assistant Federal Defender
Attorney for Defendant

I accept the substitution and ask to be appointed.

DATED: July 23, 2013 /s/ Courtney Fein
COURTNEY FEIN
Attorney at Law

I consent to the substitution.

DATED: July 23, 2013 /s/ Ferman Garcia Peralta
FERMIN GARCIA PERALTA
Defendant

**O R D E R**

IT IS HEREBY ORDERED, effective August 1, 2013, withdrawing the Federal Defender as counsel and appointing Courtney Fein as ad hoc CJA counsel pursuant to 18 U.S.C. § 3006A(b) and the Eastern District of California's CJA Plan, Gen. Ord. 323, App.I, §B(3).

DATED: July 25, 2013

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT